IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-MC-49-D

| | | |
|---|---|---|
| STATE OF NORTH CAROLINA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LORENZO RICHARDSON, | ) | |
| | ) | |
| Defendant. | ) | |

On June 26, 2013, Lorenzo Richardson filed a motion to remove [D.E. 1]. The motion is frivolous and is DENIED.

SO ORDERED. This  8  day of August 2013.

                                                                JAMES C. DEVER III
                                                                 Chief United States District Judge